**Donald L. DINGESS, Claimant–Appellant,**

v.

**R. James NICHOLSON, Secretary of Veterans Affairs, Respondent–Cross Appellant.**

No. 2006–7247, 2006–7312.

United States Court of Appeals, Federal Circuit.

June 5, 2007.

Before MAYER, Circuit Judge, CLEVENGER, Senior Circuit Judge and PROST, Circuit Judge.

### Judgment

PER CURIAM:

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.